UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIAGIO RAVO and ENRICO NICOLO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ETHICON ENDO-SURGERY, INC., ) <br> a Johnson & Johnson Company, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-0617 <br><br> Chief Judge Donetta W. Ambrose <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT ETHICON'S WITHDRAWAL OF ITS MOTIONS FOR SUMMARY JUDGMENT

Defendant Ethicon Endo-Surgery, Inc. ("Ethicon") has entered into an agreement with Plaintiffs, Biagio Ravo, M.D. and Enrico Nicolo, M.D. ("Plaintiffs") to resolve the litigation referenced above. Therefore, Ethicon hereby withdraws, without prejudice, the following motions for summary judgment:

- Defendant Ethicon's Motion For Partial Summary Judgment Of No Willful Infringement

- Defendant Ethicon's Motion For Partial Summary Judgment Of Non-Infringement On All Non Means-Plus-Function Claims

- Defendant Ethicon's Motion For Summary Judgment On Its Prior Invention Defense

- Defendant Ethicon's Motion for Partial Summary Judgment on All Means-Plus-Function Claims

Ethicon reserves its right to re-file the motions for summary judgment should the parties fail to resolve this matter.

Dated: September 28, 2006

Respectfully submitted,

/s/ John J. Richardson
C. James Zeszutek
Pa. I.D. No. 22071
John J. Richardson
Pa. I.D. No. 86045

THORP REED & ARMSTRONG, LLP
Firm No. 282
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
(412) 394-7711

Of Counsel:
Harry J. Roper
Aaron A. Barlow
Darrick J. Hooker
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603
(312) 222-9350

Attorneys for Defendant

9/29/06

approved

Donetta W. Ambrose