## EXHIBIT A

## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIAGIO RAVO and ENRICO NICOLO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04 0617 |
| v. ) | |
| ) | |
| ETHICON ENDO-SURGERY, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATED DISMISSAL

Plaintiffs Biagio Ravo and Enrico Nicolo ("Plaintiffs") and Defendant Ethicon Endo-Surgery, Inc. ("Ethicon"), having agreed to dismissal of this action, hereby stipulate, as follows:

1. Plaintiffs claims against Ethicon and defenses to Ethicon's counterclaims are dismissed with prejudice.

2. Ethicon's defenses and counterclaims against Plaintiffs are dismissed with prejudice.

3. Each party shall bear its own costs and attorneys fees in this action.

4.  The provisions of the protective order entered in this action shall remain in force pursuant to its terms.

Dated: Oct. 3, 2006        COHEN & GRIGSBY, PC

                           24IP LAW GROUP USA, PLLC

                           By _____
                              Attorneys for Plaintiffs

Dated: October 5, 2006     THORP REED & ARMSTRONG, LLP

                           JENNER & BLOCK LLP

                           By _____
                              Attorneys for defendant Ethicon Endo-
                              Surgery, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/10/06            _____
                           Chief United States District Judge

9

CHICAGO_1449495_1